# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

United States of America,⁣ )
⁣ Plaintiff, )
vs.⁣ ) Case No.  05-0386-01-CR-W-FJG
Alonso Ruperto Villarreal-Diharce, )
⁣ Defendant. )

## ORDER

Pending before the Court is defendant's motion to suppress evidence (Doc. #24), filed December 9, 2005, and the government's response thereto (Doc. #31), filed December 30, 2005.

On January 27, 2005, United States Magistrate Robert E. Larsen entered a report and recommendation which recommended denying the above-mentioned motion (Doc. #35).  Defendant's objections to Magistrate Larsen's report and recommendation were filed on February 6, 2006 (Doc. #36).  The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions.  Therefore, the Court finds that defendant's motion to suppress evidence (Doc. #24), filed December 9, 2005, must be denied.

Accordingly, it is

ORDERED that the magistrate's findings and conclusions are hereby adopted and incorporated herein by reference.  It is further

ORDERED that defendant's motion to suppress evidence (Doc. #24) , filed December 9, 2005, is denied.

/s/Fernando J. Gaitan, Jr.
Judge Fernando J.  Gaitan, Jr.
United States District Judge

Dated:   February 24, 2006